1  McGREGOR W. SCOTT
   United States Attorney
2  KIRK E. SHERRIFF (SBN 219488)
   Asst. United States Attorney
3  U.S. Courthouse, Suite 4401
   2500 Tulare St.
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America

7

8           IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,      )  Case No.: 1:06-cv-01872 OWW TAG
11                                )
                   Plaintiff,     )  ORDER REGARDING
12                                )  CASE SCHEDULE
                                  )
13          v.                    )
                                  )
14                                )
   JIM F. MALONE, D.P.M., and     )
15 JIM MALONE D.P.M., INC.,       )
                                  )
16                 Defendants.    )
   _____)
17

18      Based upon the stipulation of the parties, and good cause

19 appearing therefore, IT IS HEREBY ORDERED that the case schedule

20 is modified as follows:

21                                Old Dates          **New Dates**

22 Settlement Conference:         Oct. 23, 2007      Feb. 27, 2008
                                             (Hon. Theresa A. Goldner)
23
   Initial expert disclosures:   Jan. 10, 2008      April 10, 2008
24
   Supplemental or rebuttal
25 expert disclosures:           Feb. 11, 2008      May 12, 2008

26 Discovery cut-off (non-
   expert and expert):           March 14, 2008     June 16, 2008
27
   Non-dispositive motion
28 filing deadline:              April 1, 2008      July 1, 2008
                                -1-
                 [PROPOSED] ORDER REGARDING CASE SCHEDULE

|                                        | Old Dates        | **New Dates**              |
|----------------------------------------|------------------|----------------------------|
| Non-dispositive motion hearing         | May 2, 2008      | Aug 8, 2008 (Hon. Theresa Goldner) |
| Dispositive motion filing deadline:    | April 15, 2008   | July 15, 2008              |
| Dispositive motion hearing             | May 19, 2008     | Aug. 18, 2008 (Hon. Oliver W. Wanger) |
| Pretrial Conference:                   | June 30, 2008    | Sept. 22, 2008 (Hon. Oliver W. Wanger) |
| Trial:                                 | Aug. 5, 2008     | Nov. 4, 2008 (Hon. Oliver W. Wanger) (9 days est.) |

IT IS SO ORDERED.


Dated: October 20, 2007

                    /s/ OLIVER W. WANGER
                    HON. OLIVER W. WANGER
                    UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER REGARDING CASE SCHEDULE