McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB (SBN 166452)
Asst. United States Attorney
U.S. Courthouse, Suite 4401
2500 Tulare St.
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:06-cv-01872 OWW TAG |
| ) | |
| Plaintiff, ) | STIPULATION REGARDING CASE |
| ) | SCHEDULE |
| ) | |
| v. ) | |
| ) | |
| ) | |
| JIM F. MALONE, D.P.M., and ) | |
| JIM MALONE D.P.M., INC., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

   Plaintiff United States of America ("United States"), and Defendants Jim F. Malone, D.P.M. ("Malone") and Jim Malone D.P.M., Inc., respectfully submit this stipulation regarding the case schedule.  On October 23, 2007, the Court filed a prior order (Doc. 18), based on the stipulation of the parties.  At that time, Defendants' counsel had informed the United States that Defendant Malone was medically incapacitated due to heart surgery and an upcoming organ transplant operation, and was unavailable for his deposition or to attend the settlement conference in this case.  Defendant Malone remains medically incapacitated, as he is continuing his recovery from heart

surgery and is preparing for a kidney transplant expected to occur at any time within the next eight weeks. As a result, Defendant Malone is unavailable for his deposition and has been unable to respond to outstanding discovery propounded by the United States. Defendants' counsel currently expects that this medical condition will likely continue for at least another four months.

Accordingly, the parties jointly request that the case schedule be continued for four months as follows:

|  | Old Dates | **New Dates** |
|---|---|---|
| Initial expert disclosures: | Apr. 10, 2008 | Aug. 11, 2008 |
| Supplemental or rebuttal expert disclosures: | May 12, 2008 | Sept. 15, 2008 |
| Discovery cut-off (non-expert and expert): | June 16, 2008 | Oct. 17, 2008 |
| Non-dispositive motion filing deadline: | July 1, 2008 | Nov. 4, 2008 |
| Non-dispositive motion hrg | Aug. 8, 2008 | Dec. 5, 2008 (Hon. Theresa Goldner) |
| Dispositive motion filing deadline: | July 15, 2008 | Nov. 18, 2008 |
| Dispositive motion hrg | Aug. 18, 2008 | Jan. 5, 2009 (Hon. Oliver W. Wanger) |
| Pretrial Conference: | Sept. 22, 2008 | Feb. 9, 2009 (Hon. Oliver W. Wanger) |
| Trial: | Nov. 4, 2008 | Mar. 24, 2009 (Hon. Oliver W. Wanger) (9 days est.) |

Respectfully submitted,

Dated: February 27, 2008              United States Attorney
                                      McGREGOR W. SCOTT

                                      /s/ Kimberly A. Gaab
                                      KIMBERLY A. GAAB

-2-
STIPULATION REGARDING CASE SCHEDULE

```
                                        Assistant U.S. Attorney

                                        Attorneys for Plaintiff
                                        United States of America


Dated:   February 27, 2008              LAW OFFICES OF
                                        GREER & ASSOCIATES, A.P.C.

                                        /s/ C. Keith Greer
                                        KEITH GREER

                                        Attorneys for Defendants
                                        Jim F. Malone, and
                                        Jim Malone D.P.M., Inc.
```

IT IS SO ORDERED.

**Dated:   February 27, 2008**               **/s/ Oliver W. Wanger**
                                             UNITED STATES DISTRICT JUDGE

-3-
STIPULATION REGARDING CASE SCHEDULE