McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB (SBN 166452)
Asst. United States Attorney
U.S. Courthouse, Suite 4401
2500 Tulare St.
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:06-cv-01872 OWW TAG |
| ) | |
| Plaintiff, ) | STIPULATION REGARDING DISCOVERY |
| ) | AND ORDER THEREON |
| ) | |
| v. ) | |
| ) | |
| ) | |
| JIM F. MALONE, D.P.M., and ) | |
| JIM MALONE D.P.M., INC., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

    Plaintiff United States of America ("United States") and Defendants Jim F. Malone, D.P.M. ("Malone") and Jim Malone D.P.M., Inc. ("JM Corp.") (collectively "Defendants") respectfully submit this stipulation regarding discovery.

    1.    Defendant Malone will complete and serve the financial disclosure questionnaires from the U.S. Department of Justice, specifically (i) the Authorization to Release Information, and (ii) the Individual Financial Questionnaire, on or before March 30, 2008.

    2.    An authorized representative of Defendant JM Corp. will complete and serve the financial disclosure questionnaires from

1 the U.S. Department of Justice, specifically (i) the
2 Authorization to Release Information, and (ii) the Corporate
3 Financial Questionnaire, on or before March 30, 2008.
4     3.  Defendant Malone will serve his verified responses,
5 without objections, to the United States' First Set of
6 Interrogatories to him, and Defendant JM Corp. will serve its
7 verified responses, without objections, to the United States'
8 First Set of Interrogatories to it on or before March 30, 2008.
9     4.  Defendant Malone will serve his responses, without
10 objections, to the United States' First Set of Requests for
11 Production of Documents to him, and Defendant JM Corp. will serve
12 its responses, without objections, to the United States' First
13 Set of Requests for Production of Documents to it on or before
14 April 30, 2008.  Defendants will serve copies of the responsive
15 documents or otherwise make the responsive documents available to
16 the United States for copying on or before April 30, 2008.
17     5.  The United States' First Set of Requests for Admissions
18 to Defendant Malone and the United States' First Set of Requests
19 for Admissions to Defendant JM Corp. are deemed admitted.

21     Respectfully submitted,
22 Dated:  February 28, 2008        United States Attorney
                                          McGREGOR W. SCOTT

                                          /s/ Kimberly a. Gaab
                                          KIMBERLY A. GAAB
                                          Assistant U.S. Attorney

                                          Attorneys for Plaintiff
                                          United States of America

```
1  Dated:  February 28, 2008           LAW OFFICES OF
                                       GREER & ASSOCIATES, A.P.C.
2
                                         /s/ Keith Greer_____
3                                      KEITH GREER

4                                      Attorneys for Defendants
                                       Jim F. Malone, and
5                                      Jim Malone D.P.M., Inc.

6

7

8  IT IS SO ORDERED.

9  Dated:  February 29, 2008                  /s/ Theresa A. Goldner
                                       UNITED STATES MAGISTRATE JUDGE
10
```