McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB (SBN 166452)
Asst. United States Attorney
U.S. Courthouse, Suite 4401
2500 Tulare St.
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:06-cv-01872 OWW TAG |
| | ) | |
| Plaintiff, | ) | ORDER REGARDING |
| | ) | CASE SCHEDULE |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| JIM F. MALONE, D.P.M., and | ) | |
| JIM MALONE D.P.M., INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Based upon the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the case schedule is modified as follows:

| | Old Dates | **New Dates** |
|---|---|---|
| Initial expert disclosures: | Aug. 11, 2008 | Feb. 13, 2009 |
| Supplemental or rebuttal expert disclosures: | Sept. 15, 2008 | Mar. 16, 2009 |
| Discovery cut-off (non-expert and expert): | Oct. 17, 2008 | Apr. 17, 2009 |
| Non-dispositive motion filing deadline: | Nov. 4, 2008 | May 5, 2009 |
| Dispositive motion filing deadline: | Nov. 18, 2008 | May 19, 2009 |

-1-

|  | Old Dates | New Dates |
|---|---|---|
| Pretrial Conference: | Feb. 9, 2009 | Jul. 27, 2009 |
|  |  | (Hon. Oliver W. Wanger) |
| Trial: | Mar. 24, 2009 | Sept. 9, 2009 |
|  |  | (Hon. Oliver W. Wanger) |
|  |  | (9 days est.) |

IT IS SO ORDERED.

DATE: July 29, 2008

```
                    /s/ OLIVER W. WANGER_____
                    HON. OLIVER W. WANGER
                    UNITED STATES DISTRICT JUDGE
```

[PROPOSED] ORDER REGARDING CASE SCHEDULE