LAWRENCE G. BROWN
Acting United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney
U.S. Courthouse, Suite 4401
2500 Tulare Street
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:06-cv-01872 OWW TAG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER REGARDING |
| ) | CASE SCHEDULE |
| ) | |
| v. ) | |
| ) | |
| ) | |
| JIM F. MALONE, D.P.M., and ) | |
| JIM MALONE D.P.M., INC., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

    Plaintiff United States of America ("United States"), and Defendants Jim F. Malone, D.P.M. ("Malone") and Jim Malone D.P.M., Inc., respectfully submit this stipulation regarding the case schedule.  On July 30, 2008, the Court filed a prior order (Doc. 29), based on the stipulation of the parties.  At that time, Defendants' counsel had informed the United States that Defendant Malone was medically incapacitated, as he was continuing his recovery from heart surgery and was preparing for a kidney transplant.  Defendants' counsel has advised that Defendant Malone remains medically incapacitated.  As a result, Defendant Malone continues to be unavailable for his deposition

and to actively litigate his case.  Defendants' counsel currently expects that this medical condition will likely continue indefinitely.

Accordingly, the parties are actively attempting settlement and jointly request that the case schedule be continued for six months as follows:

|  | Old Dates | **New Dates** |
|---|---|---|
| Initial expert disclosures: | Feb. 13, 2009 | July 13, 2009 |
| Supplemental or rebuttal expert disclosures: | Mar. 16, 2009 | Sept. 16, 2009 |
| Discovery cut-off (non-expert and expert): | Apr. 17, 2009 | Oct. 16, 2009 |
| Non-dispositive motion filing deadline: | May 5, 2009 | Nov. 5, 2009 |
| Dispositive motion filing deadline: | May 19, 2009 | Nov. 19, 2009 |
| Pretrial Conference: | July 27, 2009 | Jan. 25, 2010 (Hon. Oliver W. Wanger) |
| Trial: | Sept. 9, 2009 | March 9, 2010 (Hon. Oliver W. Wanger) (9 days est.) |

Respectfully submitted,

Dated: February 11, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ Stephanie H. Borchers
STEPHANIE H. BORCHERS
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

Dated: February 12, 2009

LAW OFFICES OF
GREER & ASSOCIATES, A.P.C.

/s/ Keith Greer
KEITH GREER
Attorneys for Defendants
Jim F. Malone, and
Jim Malone D.P.M., Inc.

```
LAWRENCE G. BROWN
Acting United States Attorney
STEPHANIE HAMILTON BORCHERS (SBN 192172)
Assistant United States Attorney
United States Courthouse, Suite 4401
2500 Tulare Street
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>JIM F. MALONE, D.P.M., and<br>JIM MALONE D.P.M., INC.,<br><br>　　　　Defendants.<br>_____ | ) Case No.: 1:06-cv-01872 OWW TAG<br>) ORDER REGARDING<br>) CASE SCHEDULE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　Based upon the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the case schedule is modified as follows:

|  | Old Dates | **New Dates** |
|---|---|---|
| Initial expert disclosures: | Feb. 13, 2009 | July 13, 2009 |
| Supplemental or rebuttal expert disclosures: | Mar. 16, 2009 | Sept. 16, 2009 |
| Discovery cut-off (non-expert and expert): | Apr. 17, 2009 | Oct. 16, 2009 |
| Non-dispositive motion filing deadline: | May 5, 2009 | Nov. 5, 2009 |
| Dispositive motion filing deadline: | May 19, 2009 | Nov. 19, 2009 |

```
                              Old Dates              New Dates

Pretrial Conference:          July 27, 2009          Jan. 25, 2010
                                                     (Hon. Oliver W. Wanger)

Trial:                        Sept. 9, 2009          March 9, 2010
                                                     (Hon. Oliver W. Wanger)
                                                     (9 days est.)
```

IT IS SO ORDERED.

**Dated:   February 13, 2009**             /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE