LAWRENCE G. BROWN
Acting United States Attorney
GLEN F. DORGAN
Assistant United States Attorney
U.S. Courthouse, Suite 4401
2500 Tulare Street
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:06-cv-01872 OWW TAG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER REGARDING |
| ) | INITIAL EXPERT DISCLOSURES |
| ) | |
| v. ) | |
| ) | |
| ) | |
| JIM F. MALONE, D.P.M., and ) | |
| JIM MALONE D.P.M., INC., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Plaintiff United States of America ("United States"), and Defendants Jim F. Malone, D.P.M. ("Malone") and Jim Malone D.P.M., Inc., respectfully submit this stipulation moving the initial expert disclosures due date from July 13, 2009, to August 13, 2009.

The reasons for this continuance are:

1. Settlement negotiations have recently broken down;

2. Defendant Jim Malone is recovering from kidney surgery thereby making it difficult for plaintiff to depose him; and

3. Plaintiff has recently designated Assistant U.S. Attorney Glen F. Dorgan as its attorney of record. As

Mr. Dorgan began his employment with the U.S. Attorney's Office on July 6, 2009, this continuance will allow Mr. Dorgan time to become familiar with this case.

                                      Respectfully submitted,

                                      LAWRENCE G. BROWN
Dated: July 9, 2009         Acting United States Attorney

                                      /s/ Glen F. Dorgan
                                      GLEN F. DORGAN
                                      Assistant U.S. Attorney
                                      Attorneys for Plaintiff
                                      United States of America

Dated: July 9, 2009         LAW OFFICES OF
                                      GREER & ASSOCIATES, A.P.C.
                                      (Per Authorization of 7/9/09)

                                      /s/ C. Keith Greer
                                      C. KEITH GREER
                                      Attorneys for Defendants
                                      Jim F. Malone, and
                                      Jim Malone D.P.M., Inc.

1 LAWRENCE G. BROWN
Acting United States Attorney
2 GLEN F. DORGAN
Assistant United States Attorney
3 United States Courthouse, Suite 4401
2500 Tulare Street
4 Fresno, CA 93721
Telephone: (559) 497-4000
5 Facsimile: (559) 497-4099

6 Attorneys for Plaintiff
United States of America

7

8

9               IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11
UNITED STATES OF AMERICA,   )   Case No.: 1:06-cv-01872 OWW TAG
12                                                      )
                                                             )   ORDER REGARDING
13       Plaintiff,            )   INITIAL EXPERT DISCLOSURES
                                                             )
14   v.                                        )
                                                             )
15 JIM F. MALONE, D.P.M., and   )
JIM MALONE D.P.M., INC.,              )
16                                                      )
                                                             )
17       Defendants.          )
_____)
18

19     Based upon the stipulation of the parties, and good cause

20 appearing therefore, IT IS HEREBY ORDERED that the initial

21 expert disclosures due date be moved from July 13, 2009, to

22 August 13, 2009.

23     IT IS SO ORDERED.

24 **Dated:   July 9, 2009**              **/s/ Oliver W. Wanger**
                                               UNITED STATES DISTRICT JUDGE

25

26

27

28