LAWRENCE G. BROWN
Acting United States Attorney
GLEN F. DORGAN
Assistant United States Attorney
United States Courthouse, Suite 4401
2500 Tulare Street
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>                     Plaintiff,)<br>                                 )<br>           v.                   )<br>                                 )<br>JIM F. MALONE, D.P.M., and      )<br>JIM MALONE D.P.M., INC.,        )<br>                                 )<br>                                 )<br>Defendants.                      )<br>_____)<br>                                 ) | Case No.: 1:06-cv-01872 OWW TAG<br><br>ORDER REGARDING<br>INITIAL EXPERT DISCLOSURES<br>AND SUPPLEMENTAL OR REBUTTAL<br>EXPERT DISCLOSURES |

     Based upon the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the initial expert disclosures due date be moved from August 13, 2009, to August 24, 2009, and the supplemental or rebuttal expert disclosures be moved from September 16, 2009, to September 23, 2009.

     IT IS SO ORDERED.

IT IS SO ORDERED.

**Dated:   July 24, 2009**                    _____/s/ Oliver W. Wanger_____
                                              UNITED STATES DISTRICT JUDGE