LAWRENCE G. BROWN
United States Attorney
GLEN F. DORGAN
Assistant United States Attorney
U.S. Courthouse, Suite 4401
2500 Tulare Street
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:06-cv-01872 OWW TAG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER REGARDING |
| ) | INITIAL EXPERT DISCLOSURES |
| ) | |
| v. ) | |
| ) | |
| ) | |
| JIM F. MALONE, D.P.M., and ) | |
| JIM MALONE D.P.M., INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____) | |

Plaintiff United States of America ("United States"), and Defendants Jim F. Malone, D.P.M. ("Malone") and Jim Malone D.P.M., Inc., respectfully submit this stipulation moving the initial expert disclosures due date from August 24, 2009, to September 4, 2009.

The reason for this continuance is the earliest date plaintiff and plaintiff's counsel are available for plaintiff's deposition is August 21, 2009. Since this is only three days before the current initial expert disclosure due date, it is

1
STIPULATION AND PROPOSED ORDER REGARDING INITIAL EXPERT DISCLOSURES

requested that the initial expert disclosure due date be moved out to September 4, 2009, to allow the parties ample time to follow up on any newly discovered information provided at plaintiff's deposition.

                                        Respectfully submitted,

Dated: August 21, 2009.     LAWRENCE G. BROWN
                                        United States Attorney

                                        /s/ Glen F. Dorgan
                                        GLEN F. DORGAN
                                        Assistant U.S. Attorney
                                        Attorneys for Plaintiff
                                        United States of America

Dated: August 21, 2009      LAW OFFICES OF
                                        GREER & ASSOCIATES, A.P.C.

                                        /s/ C. Keith Greer
                                        C. KEITH GREER
                                        Attorneys for Defendants
                                        Jim F. Malone, and
                                        Jim Malone D.P.M., Inc.

```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  GLEN F. DORGAN
    Assistant United States Attorney
 3  United States Courthouse, Suite 4401
    2500 Tulare Street
 4  Fresno, CA 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for Plaintiff
    United States of America
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:06-cv-01872 OWW TAG |
|---|---|
| Plaintiff, | ) ORDER REGARDING<br>) INITIAL EXPERT DISCLOSURES |
| v. | ) |
| JIM F. MALONE, D.P.M., and<br>JIM MALONE D.P.M., INC., | ) |
| Defendants. | ) |

Based upon the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the initial expert disclosures due date be moved from August 24, 2009, to September 4, 2009.

IT IS SO ORDERED.

**Dated:   August 21, 2009**              /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

3

STIPULATION AND PROPOSED ORDER REGARDING INITIAL EXPERT DISCLOSURES