C. Keith Greer, Esq.  (State Bar No. 135537)      (SPACE BELOW FOR FILING STAMP ONLY)
**GREER & ASSOCIATES, A.P.C.**
16787 Bernardo Center Drive, Suite 12
San Diego, California 92128
Telephone:    (858) 613-6677
Facsimile:    (858) 613-6680
greerkeith@aol.com

Attorneys for Defendants
Jim F. Malone, D.P.M., and Jim
Malone, D.P.M., A Professional Corporation
a/k/a Jim Malone, D.P.M., Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:06-CV-01872 OWW TAG |
| Plaintiff, | **ORDER REGARDING CONTINUANCE OF EXPERT DISCLOSURES** |
| v. | |
| JIM F. MALONE, D.P.M. and JIM MALONE, D.P.M., INC. | |
| Defendants. | |

Based upon the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the initial expert disclosures due date be moved from September 4, 2009, to October 5, 2009, and the supplemental expert disclosure date be moved from September 24, 2009 to October 25, 2009.

Dated: 9/8/2009

/s/ OLIVER W. WANGER
HONORABLE OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE