BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN (SBN 160502)
Asst. United States Attorney
U.S. Courthouse, Suite 4401
2500 Tulare St.
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:06-cv-01872 OWW JLT |
| Plaintiff, | **JUDGMENT and ORDER** |
| v. | |
| JIM F. MALONE, D.P.M., and JIM MALONE D.P.M., INC., | |
| Defendants. | |

## JUDGMENT and ORDER

WHEREAS, effective March 3, 2010, the parties have negotiated a settlement in the above-captioned matter;

WHEREAS as part of that negotiated settlement, and pursuant to the Stipulation filed March 4, 2010, JIM F. MALONE, D.P.M. and JIM MALONE, D.P.M., INC. have consented to entry of judgment against them, jointly and severally, and in favor of the United States of America ("the United States"), in the amount of $237,000 on the Fifth Cause of Action (Unjust Enrichment) of the Complaint, filed December 22, 2006; and

WHEREAS the parties have agreed that each bear their own costs, fees and expenses;

///

///

1      WHEREFORE it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered as follows:

     A.     On the Fifth Cause of Action (Unjust Enrichment) of the Complaint, judgment is entered in favor of the United States and against JIM F. MALONE, D.P.M., and JIM MALONE, D.P.M., INC., jointly and severally, in the amount of $237,000.

     B.     The First through Fourth Causes of Action of the Complaint are dismissed.

     C.     The parties shall each bear their own costs, fees and expenses.

IT IS SO ORDERED.

**Dated:   March 12, 2010**            /s/ **Oliver W. Wanger**
                                               UNITED STATES DISTRICT JUDGE